United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Mr. Properties, et al, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No.: H-19-3517 |
| | § § | |
| Planet Home Lending, LLC., | § § | |
| Defendants. | § § | |

ORDER

On December 11, 2019, United States Magistrate Judge Peter Bray conducted a Rule 16 Initial Scheduling Conference in the above-referenced cause. All parties failed to appear at the Scheduling Conference. The Court hereby Dismisses the above-referenced cause for WANT OF PROSECUTION.

Signed at Houston, TX on the ___13___ day of December, 2019.

DAVID HITTNER
United States District Judge